IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01675–EWN–PAC

ROBINSON FAMILY TRUST DATED
MAY 19, 1992,

    Plaintiff,

v.

JOHN E. AKIN, his heirs, and all unknown
persons who claim any interest in the subject
matter of this action

    Defendant.

---

**ORDER REMANDING CASE**

---

This matter comes before the court on Plaintiff's motion to remand the case to state court. Upon consideration and review of the motion, response, and reply, the court finds and concludes that (1) there is no diversity of citizenship, as required under 28 U.S.C. § 1332(a) (2005) nor allegation of the jurisdictional amount in controversy and, even if there were, Defendant "is a citizen of the State [Colorado] in which such action is brought" and is not entitled to remove the case under 28 U.S.C § 1441(b); (2) the claims stated in the complaint seek to quiet title under state law and do not arise under the laws of the United States, as required by 28 U.S.C. § 1331; (3) there is no admiralty and maritime jurisdiction under 28 U.S.C. § 1333 because the Savings Clause in that statute ("saving to suitors in all cases all other remedies to which they are otherwise

entitled") precludes removal unless there is a separate basis for federal jurisdiction. *State of Oklahoma ex rel. Edmondson v. Magnolia Marine Transport Company*, 359 F.3d 1237, 1241 (10th Cir. 2004). There is no subject matter jurisdiction. Accordingly, it is

    **ORDERED** as follows:

    1. The motion to remand (#11) is GRANTED.

    2. The case is hereby remanded to the District Court for Montezuma County, Colorado.

    3. The court lacks juriseiction to rule on other pending motions, which are remanded with the case.

    4. The clerk shall close the file in this court.

    Dated this 7th day of November, 2005.

    BY THE COURT:

    s/ Edward W. Nottingham
    EDWARD W. NOTTINGHAM
    United States District Judge