IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01675–EWN–PAC

ROBINSON FAMILY TRUST DATED
MAY 19, 1992,

    Plaintiff,

v.

JOHN E. AKIN, his heirs, and all unknown
persons who claim any interest in the subject
matter of this action

    Defendant.

## ORDER

The matter is before the court on the motion for attorney fees (#22) filed by plaintiff on November 14, 2005.  The court, having considered the motion for fees, the motion to remand, and being sufficiently advised, now concludes that this is not an appropriate case to generate satellite litigation concerning attorney fees and thus

ORDERS that the motion for attorney fees be DENIED.

Dated this 21st day of November, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge